075-15

# ELECTRONIC RECORD

COA # 11-12-00360-CR           OFFENSE: 22.021

STYLE: Hector Manuel Gonzalez, Jr.
v. The State of Texas           COUNTY: Howard

COA DISPOSITION: MODIFIED & AFFIRMED           TRIAL COURT: 118th District Court

DATE: 12/31/14           Publish: NO     TC CASE #: 13447

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Hector Manuel Gonzalez, Jr. v.
The State of Texas           CCA #: PD-0075-15

_____APPELLANT'S_____ Petition           CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:           DATE: _____

_____REFUSED_____           JUDGE: _____

DATE: __03/18/2015__           SIGNED: _____ PC: _____

JUDGE: __Per Curiam__           PUBLISH: _____ DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**